JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN JOHN PERRI, an individual,<br><br>　　Plaintiff,<br><br>v.<br><br>MICHAEL A. KOSS, individually and as trustee of the MICHAEL A. KOSS LIVING TRUST DATED OCTOBER 1, 1993; MARTIN KOSS, individually and as trustee of the MARTIN AND EVELYN KOSS LIVING TRUST DATED OCTOBER 2, 1998; and DOES 1-10, inclusive,<br><br>　　Defendants | Case No.: 2:20-cv-08833-DSF-PD<br><br>**[~~PROPOSED~~] ORDER DISMISSAL WITH PREJUDICE** |

[~~PROPOSED~~] ORDER
DISMISSAL WITH PREJUDICE

1 | After consideration of the Joint Stipulation for Dismissal of the entire action
2 | with Prejudice filed by Plaintiff Carmen John Perri ("Plaintiff") and Michael A.
3 | Koss, and Martin Koss ("Defendants"), the Court hereby enters a dismissal with
4 | prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each
5 | party shall bear his or its own costs and attorneys' fees.
6 | IT IS SO ORDERED.

DATED: April 15, 2021

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE